1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                     **CENTRAL DISTRICT OF CALIFORNIA**

10

11   DAMICUS ALESER METOYER,        ) NO. CV 12-3038-CAS (MAN)
                                     )
12                  Petitioner,      )
                                     )
13        v.                         ) JUDGMENT
                                     )
14   DANIEL PARAMO, WARDEN,          )
                                     )
15                  Respondent.      )
     _____)

16

17

18        Pursuant to the Court's Order:   Accepting Findings And

19   Recommendations Of United States Magistrate Judge; And Denying

20   Certificate Of Appealability,

21

22        IT IS ADJUDGED that the above-captioned action is dismissed without

23   prejudice.

24

25   DATED: October 1, 2012.

26

27                                   _____
                                          CHRISTINA A. SNYDER
28                                   UNITED STATES DISTRICT JUDGE