**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAMICUS ALESER METOYER, | ) NO. CV 12-3038-CAS (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| DANIEL PARAMO, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order: Accepting Findings And Recommendations Of United States Magistrate Judge; And Denying Certificate Of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: October 1, 2012.

*Christina A. Snyder*

———————————————
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE